# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 16-12053-ELF

AMARJIT SINGH

2612 FRANKLIN AVENUE

BROOMALL, PA 19008-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    AMARJIT SINGH

    2612 FRANKLIN AVENUE

    BROOMALL, PA 19008-

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER BOKAS
    20 WEST 3RD ST

    MEDIA, PA 19063-

                                      /S/ William C. Miller

Date: 4/9/2018                            _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee