# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-12053-ELF

AMARJIT SINGH

2612 FRANKLIN AVENUE

BROOMALL, PA 19008-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  AMARJIT SINGH

  2612 FRANKLIN AVENUE

  BROOMALL, PA 19008-

Counsel for debtor(s), by electronic notice only.

  CHRISTOPHER BOKAS
  20 WEST 3RD ST

  MEDIA, PA 19063-

Date: 11/26/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee