United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                  Case No. 16-12053-elf

Amarjit Singh                                                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                   User: admin                          Page 1 of 2
Date Rcvd: Jun 16, 2021                Form ID: 138NEW                  Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amarjit Singh, 2612 Franklin Avenue, Broomall, PA 19008-2106 |
| 13697582 | + | Charnjit Kaur, 2612 Franklin Avenue, Broomall, PA 19008-2106 |
| 13697584 | + | Christopher Bokas Law Office, 133-135 Long Lane, Upper Darby, Pennsylvania 19082-3116 |
| 13697588 | + | Melrose Credit Union, 13930 Queens Boulevard, Briarwood, NY 11435-2926 |
| 13697590 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 13713795 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 13758351 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 16 2021 23:43:23 | Citizens Bank, 1 Citizens Drive, ROP15B, Riverside, RI 02915 |
| 13697581 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:13 | AT&T Universal Card, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 13698912 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 16 2021 23:43:23 | Citizens Bank ., 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 13697585 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:46 | CitiBank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 13697586 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 16 2021 23:43:23 | Citizens Bank Card Services, P.O. Box 42010, Providence, RI 02940-2010 |
| 13697587 | | Email/Text: mrdiscen@discover.com | Jun 16 2021 23:43:00 | Discover Card, P.O. Box 15316, Wilmington, DE 19850 |
| 13707257 | | Email/Text: mrdiscen@discover.com | Jun 16 2021 23:43:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 13697583 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 16 2021 23:49:29 | Chase Freedom/Cardmember Services, P.O. Box 15153, Wilmington, DE 19886-5153 |

TOTAL: 11

District/off: 0313-2            User: admin            Page 2 of 2

Date Rcvd: Jun 16, 2021            Form ID: 138NEW            Total Noticed: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13697589 | | Nav Kaur |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021            Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER BOKAS | on behalf of Debtor Amarjit Singh ChristopherBokas@gmail.com  paralegaledp@yahoo.com |
| THOMAS I. PULEO | on behalf of Creditor Toyota Motor Credit Corporation tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 4

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Amarjit Singh

           Debtor(s)                                   Bankruptcy No: 16−12053−elf

                                                  Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 6/16/21

66 − 65
Form 138_new
