Certificate Number: 14912-PAE-DE-035761480

Bankruptcy Case Number: 16-12053



14912-PAE-DE-035761480

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 15, 2021, at 9:38 o'clock PM EDT, Amarjit Singh completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 15, 2021         By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor